AO 450 (rev. 5/85) Judgment in a Civil Case

# United States District Court

_____DISTRICT OF KANSAS_____

ELIZABETH C. KELLY,

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.                                                         Case No. 10-2269-JPO

BOARD OF REGENTS OF WASHBURN
UNIVERSITY OF TOPEKA,

Defendant.

☒   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed on the merits, and that the defendant, Board of Regents of Washburn University of Topeka, recover of the plaintiff, Elizabeth C. Kelly, its costs of action.

__July 22, 2011__                    Timothy M. O'Brien_____
*Date*                               *Clerk of the Court*


                                      s/ Kathleen L. Grant_____
                                     *(By) Deputy Clerk*